# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-12029

_____

CAPTAIN,

                                                     Plaintiff-Appellee,

COLONEL FINANCIAL MANAGEMENT OFFICER,
United States Marine Corps, et al.,

                                                     Plaintiffs,

*versus*

SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE,
COMMANDANT, UNITED STATES MARINE CORPS,

                                                     Defendants-Appellants.

| 2 | Order of the Court | 22-12029 |

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:22-cv-01275-SDM-TGW

_____

Before JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

Appellants' motion to remand this case in full is GRANTED. *See* Fed. R. App. P. 12.1; 11th Cir. 12.1-1(c)(2)(ii).

Accordingly, the Clerk of Court is DIRECTED to close this appeal.